# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Boeing Company | ) ASBCA No. 62849 |
| | ) |
| Under Contract No. N68335-10-G-0012 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:  Seth H. Locke, Esq.
  Brenna D. Duncan, Esq.
  Julia M. Fox, Esq.
   Perkins Coie LLP
   Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Arthur M. Taylor, Esq.
   DCMA Chief Trial Attorney
  Kara M. Klaas, Esq.
   Trial Attorney
   Defense Contract Management Agency
   Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: December 1, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62849, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated: December 1, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals